**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHARLES MAYNARD COLONY AND    :   No. 305 MAL 2017
PAUL MARKLEY, LATE, TRADING AS   :
HAWKWING PARTNERSHIP             :
                                     :   Petition for Allowance of Appeal from
                                     :   the Order of the Superior Court
            v.                  :
                                     :
                                   :
DOBERMAN GROUP, INC., WALTER   :
DOBOZYNSKI, CLARENCE KAUFFMAN,  :
STEVEN CONN AND HENRY OBER    :
                                   :
BRUMBAUGH LUMBER CO., MIFFLIN   :
COUNTY COMMISSIONERS, &         :
HARRIET CLARK                 :
                                   :
PETITION OF: DOBERMAN GROUP,    :
INC., WALTER DOBOZYNSKI,       :
CLARENCE KAUFFMAN, STEVEN CONN  :
AND HENRY OBER           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.